**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ANA AND JON-JOSEPH CRUMP** | * | **CIVIL ACTION NO. 2:21-cv-00517** |
| **Plaintiffs** | * | |
| | * | |
| | * | |
| **v.** | * | **JUDGE JAMES D. CAIN, JR.** |
| | * | |
| **ALLIED TRUST INSURANCE** | * | |
| **COMPANY** | * | **MAGISTRATE JUDGE KATHLEEN KAY** |
| **Defendant** | * | |

**REPORT AND RECOMMENDATION**
**CONCERNING REFERRED MOTION TO DISQUALIFY APPRAISER**

The plaintiff has agreed to replace the disputed appraiser with Don Karr, mooting the defendant's motion [doc. 18]. A mediation of this case has been set pursuant to the Court's CMO for September 14, 2021 [doc.2].

It is recommended that the Court DENY AS MOOT the Motion to Disqualify Plaintiffs' Designated Appraiser [doc. 18], and that the Court further Order that:

1) The defense appraiser receive access to the property on or before August 9, 2021;

2) The two appraisers confer and then submit their reports to the Umpire on or before August 30, 2021, detailing any disagreement between them.

3) The appraisers provide their cell phone and email to the Umpire and participate in a conference call on August 31, 2021 at 9:00 a.m. and September 9, 2021 at 12:30 p.m.

Respectfully submitted,

s/ Cade R. Cole
Cade R. Cole
Deputy Special Master
The Cole Firm, LLC
1523 Cypress St.
Sulphur LA 7063
337-905-7777
crcole@colelaw.us