UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ANA CRUMP** | **CASE NO. 2:21-CV-00517** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ALLIED TRUST INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 28] of the Deputy Special Master previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion to Disqualify [doc. 18] be **DENIED AS MOOT**.

**IT IS FURTHER ORDERED**, as outlined in the Report and Recommendation, that:

(1) The defense appraiser receive access to the property effective immediately;

(2) The two appraisers confer and submit their reports to the Umpire on or before August 30, 2021, detailing the disagreements between them;

(3) The two appraisers provide their email addresses and cell phone numbers to the Umpire and participate in a conference call on August 31, 2021, at 9:00 am and September 9, 2021, at 12:30 pm.

**THUS DONE AND SIGNED** in Chambers this 16th day of August, 2021.

*[Signature]*

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**